■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO BRITO, Appellant. [624 NYS2d 998] —Judgment unanimously affirmed. Memorandum: Defendant was not present during a sidebar conference with a prospective juror. Because

the prospective juror was then excused, reversal is not required *(see, People v Brown,* 207 AD2d 962; *People v Castro-Garcia,* 203 AD2d 899, *lv denied* 83 NY2d 965). We have reviewed the remaining contentions of defendant and conclude that each is lacking in merit. (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Criminal Possession Weapon, 2nd Degree.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.